No. 269, Misc. SHIFFLETT *v.* CUNNINGHAM, PENITENTIARY SUPERINTENDENT. Supreme Court of Appeals of Virginia. Certiorari denied. Petitioner *pro se. Reno S. Harp III,* Assistant Attorney General of Virginia, for respondent.

No. 276, Misc. FOSTER *v.* PITCHES, SHERIFF, ET AL. Supreme Court of California. Certiorari denied.

No. 282, Misc. MCABEE *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Cox* for the United States.

No. 304, Misc. FRANANO *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Richard W. Schmude* for the United States.

No. 307, Misc. TAYLOR *v.* EVANS, CHIEF OF POLICE. Supreme Court of California. Certiorari denied.

No. 308, Misc. HUTCHINS *v.* CUNNINGHAM, PENITENTIARY SUPERINTENDENT. Supreme Court of Appeals of Virginia. Certiorari denied.

No. 309, Misc. SMITH *v.* ARIZONA. Supreme Court of Arizona. Certiorari denied.

No. 317, Misc. BARNHILL *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *J. F. Bishop* for the United States.